

NUMBER 13-08-00219-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MATTHEW KELLY MEDLEY, APPELLANT,

v.

MOVAC SERVICE CO., INC., APPELLEE.

On Appeal from the 92nd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-094-08-A. Appellee has filed an amended motion to dismiss the appeal. Appellee requests that this Court dismiss the appeal

because the trial court has signed a Joint Agreed Order Dissolving the Temporary Injunction, rendering this appeal moot. More than ten days have passed since this motion was filed and appellant has not filed a response; however, appellant agrees that the trial court's order may "pretermit the need for addressing the merits of this appeal."

The Court, having considered the documents on file and appellee's amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellee's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of February, 2009.